IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK DOE AND NANCY DOE, in their individual capacities, and as Parents and Natural Guardians of DELIA DOE, a minor | : : : : | CIVIL ACTION |
| v. | : : | |
| FRIENDS CENTRAL SCHOOL CORPORATION, ET AL. | : : | NO. 18-3473 |

## ORDER

**AND NOW**, this 17th day of June, 2019, upon consideration of Defendants' Motion to Dismiss (Docket No. 6) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1. The Motion is **GRANTED** as to Counts I and II of the Complaint and Counts I and II are **DISMISSED**;

2. The Motion is **DENIED** as to Counts III through VII of the Complaint.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.